June 3, 2015

Cause No. D-1-GN-12-000983; Lake Travis Transitional LTCH v. Lakeway Regional Medical Center, LLC

Court of Appeals Cause No. 03-15-00025-CV


Dear Mr. Kyle:

I can have the record filed in the above-entitled and numbered cause on June 6, 2015. I'm gathering all the volumes to upload . I had to stop working on this record to transcribe an additional day of testimony in a termination case that is up on appeal.


Thank you,

/s/ LaSonya Thomas